IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JEREMIAH PONDER,                         *

            Plaintiff,                  *

v.                                          Case No. 5:25-cv-00540-MTT-ALS

                                *

SGT GEORGIA BLOODSAW et al.,              *

            Defendants.                 *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated February 18, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 18th day of February, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk